No. 832.  Seago, Administratrix, *v.* New York Central Railroad Co.  See *ante*, p. 781.

No. 799.  United States *v.* Johnson; and
No. 800.  United States *v.* Sommers et al.  February 2, 1942.  Mr.
Justice Murphy and Mr. Justice Jackson took no part in the consideration and decision of this application. *Solicitor General Fahy, Assistant Attorney General Clark*, and *Messrs. Arnold Raum, J. Louis Monarch, Gordon B. Tweedy*, and *Earl C. Crouter* for the United States. *Messrs. Floyd E. Thompson* and *William J. Dempsey* for respondent in No. 799; and *Mr. John Elliott Byrne* for respondents in No. 800.

No. 798.  Sioux Tribe of Indians *v.* United States. February 9, 1942.  Petition for writ of certiorari to the Court of Claims granted. *Messrs. Ralph H. Case, James S. Y. Ivins*, and *Richard B. Barker* for petitioner. *Solicitor General Fahy* and *Messrs. Roger P. Marquis* and *Archibald Cox* for the United States.

No. 826.  Federal Trade Commission *v.* Raladam Company.  February 9, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Rockwell T. Gust* for respondent.

No. 841.  Reeves *v.* Beardall, Executor.  February 9, 1942.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. Dan-*